**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**RUTHLEONA CLEMENT,**

                    **Plaintiff,**

      **-against-**

**UNITED HOMES, LLC, et al.,**

                    **Defendants.**
-------------------------------------------------------------------x

**MEMORANDUM AND ORDER**

**10-CV-2122 (RRM)**

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      Currently pending before this Court, on a referral from the Honorable Roslynn R. Mauskopf, is a motion for default judgment filed by *pro se* plaintiff Ruthleona Clement ("plaintiff"). Whatever the legal sufficiency of plaintiff's service of process on the defendants who have not yet appeared in this action, the Court has questions as to whether each of the defaulting defendants received actual notice of the pendency of this action. Among other things, the undersigned magistrate judge is aware, through a series of similar actions pending in this district, that a number of the defendants in question have retained counsel and are vigorously defending against similar claims brought by other plaintiffs. Under these circumstances, it is doubtful that these defendants would knowingly default in this case.

      For that reason, and given the procedural posture and early stage of the case, as well as the judiciary's preference for resolution of cases on their merits, the Court concludes, in the interest of justice, that the defaulting defendants should be given a further opportunity to respond to the Complaint in this case. They shall therefore have until October 8, 2010, to enter their appearances and file responses to the Complaint.

In addition, in the hopes of facilitating the orderly presentation of the issues in this case, the Court provides *pro se* plaintiff Clement with the names of and contact information for the attorneys representing the plaintiffs in the aforementioned similar actions:

> South Brooklyn Legal Services
> 105 Court Street - 3rd Floor
> Brooklyn, NY 11201
> – Jennifer Light, Esq.
>   718-855-4189
>   Email: jlight@sbls.org
> – Meghan Faux, Esq.
>   718-246-3276
>   Fax: 718-875-8546
>   Email: meghanf@sbls.lsny.org
> – Rachel Geballe, Esq.
>   718-237-5573
>   Fax: 718-875-8546
>   email: rgeballe@sbls.org
> – Sara Manaugh, Esq.
>   email: sara_manaugh@yahoo.com
>
> Jean Constantine-Davis, Esq.
> AARP Foundation Litigation
> 601 E Street N.W.
> Washington, DC 20049
> 202-434-2058
> Fax: 202-434-6464
> email: jcdavis@aarp.org

The Clerk is directed to docket this Order into the Electronic Case Filing ("ECF") system and to transmit copies thereof (along with copies of the Complaint) to the defaulting defendants through the following individuals and addresses:

> United Homes, LLC, United Property Group, LLC
> Yaron Hershco and Galit Network, LLC
> c/o Richard Naidich, Esq,
> Naidich Wurman Birnbaum & Maday LLP
> 80 Cuttermill Road, Suite 410
> Great Neck, NY 11021

United Homes, LLC and United Property
c/o Peter S. Thomas, Esq.
Peter S. Thomas, PC
108-18 Queens Blvd., 6th Fl.
Forest Hills, NY 11375

Yaron Hershco
c/o Peter S. Gordon, Esq.
Gordon & Gordon, PC
108-18 Queens Blvd., 6th Fl.
Forest Hills, NY 11375

First United Mortgage Bank Corp.
9 Laurel Drive
Great Neck, NY 11021
  Attn: David Homayoon
[via Federal Express]

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**September 16, 2010**

           **ROANNE L. MANN**
           **UNITED STATES MAGISTRATE JUDGE**