UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RUTHLEONA CLEMENT,

        Plaintiff,

    - against -

UNITED HOMES, LLC, et al.,

        Defendants.
----------------------------------------------------------X

**ORDER**
10-CV-2122 (RRM)(RLM)

**MAUSKOPF, United States District Judge.**

On February 11, 2011, Plaintiff *pro se* moved for a preliminary injunction against Defendant America's Servicing Company ("ASC"), enjoining ASC from reporting to various non-party credit bureaus, and requiring the non-party credit bureaus to remove prior reports (Doc. No. 38). On the same date, the assigned Magistrate Judge, the Honorable Roanne L. Mann, electronically filed a Report and Recommendation (the "R&R") addressing Plaintiff's motion and recommending that it be denied (Doc. No. 39). Magistrate Judge Mann reminded all parties that, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, any objections to the R&R were to be filed within 14 days of the date the R&R was served, in this case, by February 28, 2011. Neither Plaintiff nor any other party has filed any objections.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed for clear error the Magistrate Judge's well-reasoned R&R and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, this Court adopts the recommendation set forth therein, and hereby ORDERS that Plaintiff's motion for a preliminary injunction (Doc. No. 38) be DENIED.

The Clerk of Court is directed to mail a copy of this electronic Order to Plaintiff *pro se*.

SO ORDERED.

Dated: Brooklyn, New York  /S/
      April 22, 2011  _____
ROSLYNN R. MAUSKOPF
United States District Judge